# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr>
<td>

LM INSURANCE CORPORATION,

                Plaintiff,

v.

JAMALI DEVELOPERS LLC,

                Defendant.

</td>
<td>

Civil Action No.: 3:16-cv-06071-AET-TJB

**APPLICATION AND ORDER FOR WRIT OF EXECUTION**

</td>
</tr>
</table>

LM Insurance Corporation, plaintiff makes this application in accordance with 28 U.S.C. § 3205(b)(l) to the Clerk of the United States District Court to issue a Writ of Execution upon the judgment entered against the defendant, Jamali Developers, LLC, whose last known address is **238 Fresh Ponds Road, Monroe Township, NJ 08831** in the above cited action in the amount of $261,294.00, plus interest at the rate of **1.24%** per annum and penalties. The total balance due and owing as of December 12, 2017 is **$262,110.67**. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from September 11, 2017, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Jamali Developers, LLC has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Jamali Developers, LLC.

The name and address of the Garnishees or their authorized agents are:

    **1.  JPMorgan Chase Bank, N.A. (bank accounts)**
    **Court Orders and Levies**
    **PO Box 183164**
    **Columbus OH, 43218**
    <u>**Routing No: 000495**</u>
    <u>**Account number: 021202337**</u>

**2.  TD Bank National Association**
**6000 Atrium Way**
**Mount Laurel, NJ 08054**
**Account No.: 031201360-42886-31273**


Based upon the foregoing, the United States respectfully requests the Court to enter an

Order directing the Clerk of the United States District Court to issue a Writ of Execution.


**/s/ Jonathan Kuller, Esq.**

Jonathan Kuller, Esq.
Goldberg Segalla
PO Box 580, Buffalo, NY 14201

**IT IS** on this _____ day of _____ 2017,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Execution.


_____
HON. ANNE E. THOMPSON, JUDGE
UNITED STATES DISTRICT COURT

CIVIL NO. **3:16-cv-06071**
**Writ of Execution**

COUNTY OF MIDDLESEX COUNTY       :
STATE OF NEW JERSEY       :       **AFFIDAVIT**

Jonathan Kuller, Esq. being duly sworn, says:

1.  I am the attorney for judgment creditor in the matter of <u>LM Insurance Corporation vs. Jamali Developers, LLC</u>, Civil Action No. **3:16-cv-06071**, and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an examination of the assets of judgment debtor, Jamali Developers, LLC, 238 Fresh Ponds Road, Monroe Township, NJ 08831. (Alternative addresses: 1 Hartland Street, East Brunswick, NJ 08816-2671; 553 Marc Drive, #553, North Brunswick, NJ 08902; 46 Oakcrest Drive, East Brunswick, New Jersey 08816.)

2.  I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

> **JPMorgan Chase Bank, N.A. (bank accounts)**
> **7610 W. Washington St. Fl. 1**
> **Indianapolis, IN 46231**
> <u>**Routing No: 000495**</u>
> <u>**Account number: 021202337**</u>

> **TD Bank National Association**
> **6000 Atrium Way**
> **Mount Laurel, NJ 08054**
> <u>**Account No.: 031201360-42886-31273**</u>

3.    I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**None at this time.**

HELANA L FARLEY
Notary Public, State of New Jersey
Qualified in Middlesex County
My Commission Expires January 11, 2018
Subscribed and Sworn before me this
_90_ day of _December_ , 20 _18_

Jonathan Kuller, Esq.
Goldberg Segalla
PO Box 580. Buffalo. NY 14201

Notary of _Helana R Farley_
My Commission Expires _01-11-2018_

**RETURNABLE ON OR BEFORE**
_____

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book _____ of Executions, Page _____ .

William T. Walsh, Clerk
by:
                  Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CIVIL NO.3:16-cv-06071**
**WRIT OF EXECUTION**

TO THE MARSHAL OF THE UNITED STATE DISTRICT COURT, DISTRICT OF NEW JERSEY :

**WHEREAS**, judgment was entered on the **11th day of September, 2017**, in an action in the United States District Court, District of New Jersey, between **LM Insurance Corporation**, plaintiff(s) and **Jamali Developers, LLC**, defendant(s) in favor of said plaintiff and against said defendant for the sum of **$261,294.00** and costs taxed in the sum of **$816.67** as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; **and**

**WHEREAS**, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of **$261,294.00** plus taxed costs in the sum of **$816.67** is now actually due thereon;

**THEREFORE**, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

**WITNESS**, the Honorable Anne E. Thompson, D.N.J. a Judge of the United States District Court, District of New Jersey this ___day of            , 20         .

William T. Walsh, Clerk
United States District Court

Prepared By:

by:
          Deputy Clerk

_____
Attorney at Law

LEVY:
Damages..........$ _____
Costs..........$ _____
Interest thereon from
_____

Address: _____
_____
_____

**Besides Marshal's Execution Fees**

8048230.1