**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LM Insurance Corporation | 3:16-cv-06071 |
| DEFENDANT | TYPE OF PROCESS |
| Jamali Developers, LLC | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JPMorgan Chase Bank, N.A. (bank accounts) / Court Orders and Levies
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PO Box 183164 Columbus, OH 43218 (Serve NJ Location)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elizabeth A. Chang, Esq.
Goldberg Segalla, LLP
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 609-986-1341
DATE: 7/10/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No. 50
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk: E. Baskerville
Date: 8/13/18

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Marilyn Campos - Teller

Address (complete only if different than shown above)
2484 Lamington Rd
Bedminster Twp, NJ 07921

Date: 8/23/18  Time: 4:00 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $32.10 | — | $97.10 | 673.97 | $576.87 |

REMARKS: One Deputy, one hour, 60 miles R/T

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

16-cv-6071 #3

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>LM Insurance Corporation | COURT CASE NUMBER<br>3:16-cv-06071 |
|---|---|
| DEFENDANT<br>Jamali Developers, LLC | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TD Bank National Association
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 Atrium Way, Mount Laurel, New Jersey 08054

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elizabeth A. Chang, Esq.
Goldberg Segalla, LLP
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

---

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 609-986-1341
DATE: 7/10/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 2 | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk: E. B. | Date: 8/13/18 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (*if not shown above*):
Jason Mangini - Assistant Store Manager

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*):
350 State Highway 22 W
Whitehouse Station, NJ 08889

Date: 8/23/18  Time: 9:15  [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee: $65 | Total Mileage Charges (including endeavors): $37.45 | Forwarding Fee | Total Charges: $102.45 | Advance Deposits: 576.87 | Amount owed to U.S. Marshal* or (Amount of Refund*): $474.42 |
|---|---|---|---|---|---|

REMARKS: One Deputy, One hour, 70 miles R/T

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

16-CV-6071 #4

RECEIVED USMS
NEWARK, N.J. 07102

2018 AUG 13  AM 10: 10

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CIVIL NO.3:16-cv-06071**
**WRIT OF EXECUTION**

TO THE MARSHAL OF THE UNITED STATE DISTRICT COURT, DISTRICT OF NEW JERSEY:

**WHEREAS**, judgment was entered on the **11th day of September, 2017**, in an action in the United States District Court, District of New Jersey, between **LM Insurance Corporation**, plaintiff(s) and **Jamali Developers, LLC**, defendant(s) in favor of said plaintiff and against said defendant for the sum of **$261,294.00** and costs taxed in the sum of **$2,700.04** as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; **and**

**WHEREAS**, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of **$261,294.00** plus taxed costs in the sum of **$2,700.04** is now actually due thereon;

**THEREFORE**, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

**WITNESS**, the Honorable Anne E. Thompson, D.N.J. a Judge of the United States District Court, District of New Jersey this 6th day of August, 2018.

Prepared By: _____
Attorney at Law

Address: Goldbury Sepulla, LLP
301 Carnegie Ctr, Suite 200
Princeton, NJ 08540

William T. Walsh, Clerk
United States District Court

by: Karen McGonigle
Deputy Clerk

LEVY:
Damages..........$ _____
Costs...........$ _____
Interest thereon from
_____

**Besides Marshal's Execution Fees**

20431457.v1

CIVIL NO. **3:16-cv-06071**
**Writ of Execution**

COUNTY OF MIDDLESEX COUNTY  :
STATE OF NEW JERSEY          :           **AFFIDAVIT**

Elizabeth A. Chang, Esq. being duly sworn, says:

1. I am the attorney for judgment creditor in the matter of <u>LM Insurance Corporation vs. Jamali Developers, LLC</u>, Civil Action No. **3:16-cv-06071**, and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an examination of the assets of judgment debtor, Jamali Developers, LLC, 238 Fresh Ponds Road, Monroe Township, NJ 08831. (Alternative addresses: 1 Hartland Street, East Brunswick, NJ 08816-2671; 553 Marc Drive, #553, North Brunswick, NJ 08902; 46 Oakcrest Drive, East Brunswick, New Jersey 08816.)

2. I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**JPMorgan Chase Bank, N.A. (bank accounts)**
**7610 W. Washington St. Fl. 1**
**Indianapolis, IN 46231**
<u>**Routing No: 000495**</u>
<u>**Account number: 021202337**</u>

**TD Bank National Association**
**6000 Atrium Way**
**Mount Laurel, NJ 08054**
<u>**Account No.: 031201360-42886-31273**</u>

3. I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**None at this time.**

KATHRYN B. MASTERS
NOTARY PUBLIC OF NEW JERSEY
ID # 50008609
My Commission Expires 11/25/2019

Elizabeth A. Chang, Esq.
Goldberg Segalla LLP
PO Box 580. Buffalo. NY 14201

Subscribed and Sworn before me this
26 day of July, 2018

Notary of Kathryn Masters
My Commission Expires 11/25/19

**RETURNABLE ON OR BEFORE**
_8-6-19_

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book **T18** of Executions, Page **19**.

William T. Walsh, Clerk
by: Karen McGonigle
         Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LM INSURANCE CORPORATION,<br><br>Plaintiff,<br>v.<br><br>JAMALI DEVELOPERS LLC,<br><br>Defendant. | Civil Action No.: 3:16-cv-06071-AET-TJB<br><br>**APPLICATION AND ORDER FOR WRIT OF EXECUTION** |

LM Insurance Corporation, plaintiff makes this application in accordance with 28 U.S.C. § 3205(b)(l) to the Clerk of the United States District Court to issue a Writ of Execution upon the judgment entered against the defendant, Jamali Developers, LLC, whose last known address is **238 Fresh Ponds Road, Monroe Township, NJ 08831** in the above cited action in the amount of $261,294.00, plus interest at the rate of **1.24%** per annum and penalties. The total interest due and owing as of July 26, 2018 is $2,700.04, for a total balance due and owing of **$263,994.04**. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from September 11, 2017, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property and funds in which Jamali Developers, LLC has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property and funds belonging to the judgment debtor, Jamali Developers, LLC.

The name and address of the Garnishees or their authorized agents are:

**1. JPMorgan Chase Bank, N.A. (bank accounts)**
17 Watchung Plaza
Montclair, NJ 07042
<u>Routing No: 000495</u>
<u>Account number: 021202337</u>

20431436.v1

   2. **TD Bank National Association**
     **6000 Atrium Way**
     **Mount Laurel, NJ 08054**
     <u>**Account No.: 031201360-42886-31273**</u>

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Execution.

<u>**/s/ Elizabeth A. Chang, Esq.**</u>

Elizabeth A. Chang, Esq.
Goldberg Segalla
PO Box 580, Buffalo, NY 14201

**IT IS** on this ___6th___ day of ___August___ 2018,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Execution.

_____
HON. ANNE E. THOMPSON, JUDGE
UNITED STATES DISTRICT COURT

*Karen McGonigle*, Deputy Clerk
**WILLIAM T. WALSH**, Clerk

20431436.v1